### BEFORE THE SECOND DIVISION, MAY 18, 1950

**No. 54330.**—Simon Import Corp. v. United States, protest 155603–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal articles similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 54331.**—Simon Import Corp. v. United States, protests 156157–K, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of sisal bags similar in all material respects to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

### BEFORE THE THIRD DIVISION, MAY 18, 1950

**No. 54332.**—Levy & Levis Co., Inc. v. United States, protest 152921–K (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel that the merchandise consists of laurel leaves similar to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiff was sustained.